United States Bankruptcy Court

Central District of California

In re: Case No. 26-13442-SC

Bryan Anthony Lowe Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 1

Date Rcvd: Nov 03, 2026 Form ID: mdeforco Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Bryan Anthony Lowe, 2480 Irvine Blvd., Apt. 159, Tustin, CA 92782-8027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin Heston | on behalf of Debtor Bryan Anthony Lowe bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re:<br>Bryan Anthony Lowe | CHAPTER NO.: 7 |
| | CASE NO.: 8:26−bk−13442−SC |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Summary(Form 106Sum or 206Sum)
- ☐ Schd A/B(Form106A/B or 206A/B)
- ☑ Schedule C (Form 106C)
- ☐ Schedule D (Form 106D or 206D)
- ☐ Schd E/F(Form106E/F or 206E/F)
- ☐ Schedule G (Form 106G or 206G)
- ☐ Schedule H (Form 106H or 206H)
- ☐ Schedule I (Form 106I)
- ☐ Schedule J (Form 106J)
- ☐ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non−Indiv (Form 202)
- ☑ StmtFinAffairs(Form107 or 207)
- ☐ Statement (Form 122A−1)
- ☐ Means Exempt.(Form 122A−1Supp)
- ☐ Means Calculation(Form 122A−2)
- ☑ Other *(Specify):*

Statement of Financial Affairs − Incomplete PDF attached

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: November 2, 2026

For the Court
**Kathleen J. Campbell**
Clerk of Court